FILED
CLERK, U.S. DISTRICT COURT

10/16/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 19-366 |
| v. | |
| Salvador CIENFUEGOS-Zepeda | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Grand Jury indictment
in the ____Eastern____ District of ____New York____ on ____August 14, 2019____
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about ____December 2015____
in violation of Title ____21____ U.S.C., Section(s) ____841(b)(1)(A)(i); 841(b)(1)(a)(ii)(II)____
to wit: International Heroin, Cocaine, Methamphetamine and Marijuana manufacture and distribution conspiracy

A warrant for defendant's arrest was issued by: Hon. Vera M. Scanlon

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____10/16/20____
Date

_[signature]_
Signature of Agent

Timothy Beck
Print Name of Agent

Drug Enforcement Administration
Agency

Task Force Agent
Title

CR-52 (03/20)    DECLARATION RE OUT-OF-DISTRICT WARRANT