AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>SALVADOR CIENFUEGOS ZEPEDA,<br>also known as "El Padrino" and "Zepeda,"<br><br>_Defendant_ | )<br>)   Case No.  **CR 19-366**<br>)<br>)              COGAN, J.<br>)<br>)        BULSARA, M.J. |

## ARREST WARRANT

**2 0 MJ 0 5 0 1 0**

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   SALVADOR CIENFUEGOS ZEPEDA, also known as "El Padrino" and "Zepeda"          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

International Heroin, Cocaine, Methamphetamine and Marijuana Manufacture and Distribution Conspiracy; Heroin, Cocaine, Methamphetamine and Marijuana Importation Conspiracy; Heroin, Cocaine, Methamphetamine and Marijuana Distribution Conspiracy; Conspiracy to Launder Narcotics Proceeds, all in violation of T. 21, U.S.C., §§ 841(b)(1)(A)(i), 841(b)(1)(A)(ii), 841(b)(1)(A)(vii), 841(b)(1)(A)(viii), 846, 853(a), 853(p), 959(d), 960(b)(1)(A), 960(b)(1)(B)(ii), 960(b)(1)(G), 960(b)(1)(H), 963, 970; T. 18 §§ 982(a)(1), 982(b)(1), 1956(h), 3238 and 3551 et seq.

Date:   08/14/2019

_Issuing officer's signature_

City and state:   Brooklyn, New York             Hon. Vera M. Scanlon
                                                  _Printed name and title_

### Return

| | |
|---|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____. | |
| Date: _____ | _Arresting officer's signature_<br><br>_Printed name and title_ |